Same case below, 411 Fed. Appx. 939.

Same case below, 418 Fed. Appx. 109.

**No. 10-10897. Kevin Allen Key, Petitioner v. Harold W. Clarke, Director, Virginia Department of Corrections.**

565 U.S. 856, 132 S. Ct. 187, 181 L. Ed. 2d 96, 2011 U.S. LEXIS 6200.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 401 Fed. Appx. 792.

**No. 10-10898. Carmen Diane Matkin, Petitioner v. Gloria Henry, Warden.**

565 U.S. 856, 132 S. Ct. 187, 181 L. Ed. 2d 96, 2011 U.S. LEXIS 5883.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-10901. Cuong Phan, Petitioner v. California.**

565 U.S. 856, 132 S. Ct. 187, 181 L. Ed. 2d 96, 2011 U.S. LEXIS 5914.

October 3, 2011. Petition for writ of certiorari to the Court of Appeal of California, Second Appellate District, denied.

**No. 10-10903. Mindy Jaye Zied, Petitioner v. Michael J. Astrue, Commissioner of Social Security, et al.**

565 U.S. 856, 132 S. Ct. 188, 181 L. Ed. 2d 96, 2011 U.S. LEXIS 6369.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 10-10904. William Williams, Petitioner v. United States.**

565 U.S. 856, 132 S. Ct. 188, 181 L. Ed. 2d 96, 2011 U.S. LEXIS 6243.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 636 F.3d 1229.

**No. 10-10905. Stephen Ray Westberry, Petitioner v. Michael McCall, Warden.**

565 U.S. 856, 132 S. Ct. 188, 181 L. Ed. 2d 96, 2011 U.S. LEXIS 6588.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 419 Fed. Appx. 306.

**No. 10-10906. Tony A. Warren, Petitioner v. Alan Finnan.**

565 U.S. 856, 132 S. Ct. 188, 181 L. Ed. 2d 96, 2011 U.S. LEXIS 6160.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

**No. 10-10908. Jorge Ornelas, Petitioner v. California.**

565 U.S. 856, 132 S. Ct. 188, 181 L. Ed. 2d 96, 2011 U.S. LEXIS 5909.

October 3, 2011. Petition for writ of certiorari to the Supreme Court of California denied.